# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. David Thomas Stephenson, III            Docket No. 7:15-CR-7-1D

### Petition for Action on Probation

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David Stephenson, III, who, upon an earlier plea of guilty to 31 U.S.C. §5324(a)(3), 31 U.S.C. §5324(d)(2), and 18 U.S.C. §2 - Structuring Transactions to Evade Reporting Requirements and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 16, 2015, to a 60-month term of probation under the standard conditions adopted by the court with additional conditions including:

1. The defendant shall abide by all conditions and terms of the home detention program during the first 12 months of probation. The defendant shall be restricted to current residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Stephenson has been on a 6pm to 7am curfew for the past nine months. He has been cooperative during the period and no curfew violations have been noted. Based on his cooperation, it is recommended that the remaining 3 months of curfew be suspended.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows: The remaining portion of the 12-month term of curfew originally ordered is hereby terminated.

Except as herein modified, the judgment shall remain in full force and effect.

       I declare under penalty of perjury that the foregoing is true and correct.

       /s/ Robert K. Britt
       Supervising U.S. Probation Officer
       310 Dick Street
       Fayetteville, NC 28301-5730
       Phone: (910) 483-8613
       Executed On: March 28, 2016

### ORDER OF COURT

Considered and ordered this **31** day of **March**, 2016, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge